# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 37th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | : : : : : | NO. 486 <br><br> MAGISTERIAL RULES DOCKET |

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 37th Judicial District (Forest and Warren Counties) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial District 37-4-03 within Forest County, to be effective immediately, is granted; and that the Petition, which provides for the reestablishment of Magisterial Districts 37-2-01, 37-3-01, and 37-4-01, within Warren County, to be effective immediately, is granted.

     Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 37-2-01 <br> Magisterial District Judge Raymond F. Zydonik | City of Warren <br> Cherry Grove Township <br> Sheffield Township |
| Magisterial District 37-3-01 <br> Magisterial District Judge Laura S. Bauer | Clarendon Borough <br> Sugar Grove Borough <br> Conewango Township <br> Elk Township <br> Farmington Township <br> Glade Township <br> Mead Township |

Pine Grove Township
Sugar Grove Township

Magisterial District 37-4-01
Magisterial District Judge Todd A. Woodin

Bear Lake Borough
Tidioute Borough
Youngsville Borough
Brokenstraw Township
Columbus Township
Deerfield Township
Eldred Township
Freehold Township
Limestone Township
Pittsfield Township
Pleasant Township
Southwest Township
Spring Creek Township
Triumph Township
Watson Township

Magisterial District 37-4-03
Magisterial District Judge Daniel L. Miller

Tionesta Borough
Barnett Township
Green Township
Harmony Township
Hickory Township
Howe Township
Jenks Township
Kingsley Township
Tionesta Township